IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v().                           CIVIL ACTION NO.: 2:13-cv-00653-MSD-LRL

WATERSIDE CAPITAL
CORPORATION,

    Defendant.

## RECEIVER'S MOTION FOR AN ORDER APPROVING THE FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE

This Court, by Order entered May 28, 2014, appointed the U.S. Small Business Administration as Receiver (the "Receiver") for Waterside Capital Corporation ("Waterside"). The Receiver hereby moves this Court for entry of the proposed Order, attached hereto as Exhibit 1, (1) approving the form and manner of the notice to be given to claimants and (2) establishing a "claims bar date," by which any claims against Waterside must be filed in writing with the Receiver or be forever barred and discharged.

A brief in support of this Motion is being filed herewith.

                            Respectfully submitted,

                            DANA J. BOENTE
                            UNITED STATES ATTORNEY

        By:    /s/ Gregory D. Stefan
                Gregory D. Stefan, VSB# 40855
                Assistant United States Attorney
                Attorney for Small Business Administration, Receiver
                United States Attorney's Office
                101 W. Main Street, Suite 8000
                Norfolk, Virginia  23510-1671
                Telephone:    (757) 441-6331
                Facsimile:    (757) 441-6689
                E-mail:    greg.stefan@usdoj.gov

        U.S. SMALL BUSINESS ADMINISTRATION

<u>/s/ Arlene Embrey</u>
Arlene Embrey (Admitted Pro Hac Vice)
Trial Attorney
Attorney for Small Business Administration, Receiver
U.S Small Business Administration
409 Third Street, S.W. Seventh Floor
Washington, D.C. 20416
Telephone:   (202) 205-6976
Facsimile:    (202) 481-0324
Email:            arlene.embrey@sba.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 6th day of January, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following filing user(s):

William Lewis Stauffer, Jr., Esquire
Williams Mullen (Newport News)
721 Lakefront Commons
Fountain Plaza Three
Suite 200
Newport News, VA 23606-3324
wstauffer@williamsmullen.com

Brendan David O'Toole, Esquire
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
PO Box 1320
Richmond, VA 23218
botoole@williamsmullen.com

John Taylor McConkie, Esquire
United States Department of Justice, Civil Division
1100 L Street, N. W.
No. 10002
Washington, DC 20005
john.t.mcconkie@usdoj.gov

                                         /s/ Gregory D. Stefan
                                         Gregory D. Stefan, VSB # 40855
                                         Assistant United States Attorney
                                         Attorney for Small Business Administration, Receiver
                                         United States Attorney's Office
                                         101 W. Main Street, Suite 8000
                                         Norfolk, VA 23510-1671
                                         Telephone:   (757) 441-6331
                                         Facsimile:    (757) 441-6689
                                         E-mail:        greg.stefan@usdoj.gov