IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　CIVIL ACTION NO.: 2:13-cv-00653-MSD-LRL

WATERSIDE CAPITAL
CORPORATION,

    Defendant.

## CERTIFICATE OF SERVICE

COMES NOW the U.S. Small Business Administration, as Receiver for Waterside Capital Corporation, by and through its counsel, and hereby files this Certificate of Service with respect to the Court's September 4, 2015 Order Approving the Receiver's Recommendation of Disposition of Claims, Authorizing Payment of Approved Claims and Establishing Summary Disposition Proceedings (ECF No. 39).

I, Gregory D. Stefan, hereby certify that I caused to be served copies of the Court's Order Approving the Receiver's Recommendation of Disposition of Claims, Authorizing Payment of Approved Claims and Establishing Summary Disposition Proceedings (ECF No. 39) by United States Parcel Service, overnight delivery, delivery charges prepaid, on the following persons on the following deposit and delivery dates:

| Person and Address Served | Deposit Date | Delivery Date |
|---|---|---|
| Michael T. Kayes<br>154 Gross Point Dr.<br>Huggleston, VA 24104 | September 9, 2015 | September 10, 2015 |
| Florence Kingston<br>Econ. Dev. Auth. Newport News, VA<br>2400 Washington Ave., 3rd Flr.<br>Newport News, VA 23607 | September 9, 2015 | September 11, 2015 |

| | | |
|---|---|---|
| Holt M. Livesay<br>117 Sunset Drive<br>Franklin, VA 23851 | September 9, 2015 | September 10, 2015 |
| Julie H. Stroh<br>2468 Tranquility Lane<br>Virginia Beach, Virginia 23455 | September 9, 2015 | September 11, 2015 |
| William L. Stauffer<br>Williams Mullen<br>721 Lakefront Fountain Plaza 3<br>Suite 200<br>Newport News, VA 23606-3324 | September 9, 2015 | September 10, 2015 |
| Brendan D. O'Toole<br>Williams Mullen<br>200 S.10th St.16th Floor<br>Richmond, VA 23218 | September 9, 2015 | September 10, 2015 |
| John T. McConkie<br>US Dept. Justice, Civil Division<br>1100 L St., N. W. # 10002<br>Washington, DC 20005 | September 9, 2015 | September 10, 2015 |
| PBMares, LLP<br>434 McLaws Circle, Suite 201<br>Williamsburg, VA 23185 | September 9, 2015 | September 10, 2015 |
| Franklin P. Earley<br>2505 Cheyne Walk<br>Virginia Beach, VA 23454 | September 9, 2015 | September 10, 2015 |
| John M. Paris<br>Williams Mullens<br>222 Central Park Ave. Ste. 1700<br>Virginia Beach, VA 23462-3035 | September 9, 2015 | September 10, 2015 |
| Gerald S. Divaris<br>1519 Quail Point Rd.<br>Virginia Beach, VA 23454 | September 9, 2015 | September 10, 2015 |
| Travis MacSwain<br>110 E. Center St. # 7<br>Madison, SD 57042 | September 9, 2015 | September 10, 2015 |
| Victor Canabas<br>6 Linden Ln<br>Cincinnati, OH 45215-4208 | September 9, 2015 | September 10, 2015 |
| Norman Faulkner<br>287 Breezy Point<br>White Stone, VA 22578 | September 10, 2015 | September 14, 2015 |

Copies of the shipping documents and proofs of delivery are attached hereto as Exhibit 1.

I, Gregory D. Stefan, hereby further certify that, on September 16, 2015, I served copies

2

of the Court's Order Approving the Receiver's Recommendation of Disposition of Claims, Authorizing Payment of Approved Claims and Establishing Summary Disposition Proceedings (ECF No. 39) by first class United States Mail, postage prepaid, on the following persons addressed as follows:

William Lewis Stauffer, Jr., Esquire
Williams Mullen (Newport News)
721 Lakefront Commons
Fountain Plaza Three
Suite 200
Newport News, VA 23606-3324

Brendan David O'Toole, Esquire
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
PO Box 1320
Richmond, VA 23218

John Taylor McConkie, Esquire
United States Department of Justice, Civil Division
1100 L Street, N. W.
No. 10002
Washington, DC 20005

Julie H. Stroh
2468 Tranquility Lane
Virginia Beach, Virginia 23455

PBMares, LLP
434 McLaws Circle, Suite 201
Williamsburg, Virginia 23185

Franklin P. Earley
2505 Cheyne Walk
Virginia Beach, VA 23454

Williams Mullen
Attention John M. Paris, Jr., Esq.
222 Central Park Avenue, Ste 1700
Virginia Beach, VA 23462-3035

Holt M. Livesay
117 Sunset Drive
Franklin, VA 23851

Economic Development Authority City of Newport News, Va
Attention: Florence G Kingston, Secretary/Treasurer
2400 Washington Ave, 3d Flr.
Newport News, VA 23607

Norman Faulkner
PO Box 523
White Stone, VA 22578

Gerald S. Divaris
1519 Quail Point Rd.
Virginia Beach, VA 23454

Travis MacSwain
110 E. Center St, # 7
Madison, S.D. 57042

Michael T. Kayes
154 Gross Point Dr.
Huggleston, VA 24104

Victor Canabas
6 Linden Ln.
Cincinnati, OH 45215-4208

                Respectfully submitted,

                DANA J. BOENTE
                UNITED STATES ATTORNEY

By:    /s/ Gregory D. Stefan
        Gregory D. Stefan, VSB# 40855
        Assistant United States Attorney
        Attorney for Small Business Administration, Receiver
        United States Attorney's Office
        101 W. Main Street, Suite 8000
        Norfolk, Virginia 23510-1671
        Telephone:   (757) 441-6331
        Facsimile:   (757) 441-6689
        E-mail:   greg.stefan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 16th day of September, 2015, I will electronically file the foregoing and Exhibit 1 with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following filing user(s):

William Lewis Stauffer, Jr., Esquire
Williams Mullen (Newport News)
721 Lakefront Commons
Fountain Plaza Three
Suite 200
Newport News, VA 23606-3324
wstauffer@williamsmullen.com

Brendan David O'Toole, Esquire
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
PO Box 1320
Richmond, VA 23218
botoole@williamsmullen.com

John Taylor McConkie, Esquire
United States Department of Justice, Civil Division
1100 L Street, N. W.
No. 10002
Washington, DC 20005
john.t.mcconkie@usdoj.gov

Arlene Marie Embrey, Esquire
US Small Business Administration
409 Third St SW
7th Floor
Washington, DC 20416
arlene.embrey@sba.gov

And I hereby certify that I will cause to be mailed copies of the foregoing, Exhibit 1 and the NEF by United Mail, postage prepaid, to the non-filing users, who comprise all of the persons who filed claims:

Julie H. Stroh
2468 Tranquility Lane
Virginia Beach, Virginia 23455

PBMares, LLP
434 McLaws Circle, Suite 201
Williamsburg, Virginia 23185

Franklin P. Earley
2505 Cheyne Walk
Virginia Beach, VA 23454

Williams Mullen
Attention John M. Paris, Jr., Esq.
222 Central Park Avenue, Ste 1700
Virginia Beach, VA 23462-3035

Holt M. Livesay
117 Sunset Drive
Franklin, VA 23851

Economic Development Authority City of Newport News, Va
Attention:  Florence G Kingston, Secretary/Treasurer
2400 Washington Ave, 3d Flr.
Newport News, VA 23607

Norman Faulkner
PO Box 523
White Stone, VA 22578

Gerald S. Divaris
1519 Quail Point Rd.
Virginia Beach, VA 23454

Travis MacSwain
110 E. Center St, # 7
Madison, S.D. 57042

Michael T. Kayes
154 Gross Point Dr.
Huggleston, VA 24104

Victor Canabas
6 Linden Ln.
Cincinnati, OH 45215-4208

                              /s/ Gregory D. Stefan
                              Gregory D. Stefan, VSB # 40855
                              Assistant United States Attorney
                              Attorney for Small Business Administration, Receiver
                              United States Attorney's Office
                              101 W. Main Street, Suite 8000
                              Norfolk, VA 23510-1671
                              Telephone:   (757) 441-6331
                              Facsimile:   (757) 441-6689
                              E-mail:greg.stefan@usdoj.gov