UPS: Tracking Information                                               Page 1 of 1



**United Kingdom**  Exhibit 1 - Page 1 of 14

New User | Log-In  Search  Su

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

**Cookie Disclosure**
This website uses cookies. By continuing to use the website, you consent to the use of cookies.
Learn More

Do not show this message again

| Tracking Number | Track | Log-In for additional tracking details. | Other Tracking Options |

## Tracking Detail

Print  Help  A A A

**J4593986911**                              Updated: 11/09/2015 10:52 Eastern Time

**Delivered**

**Shipping Information**
To:
HUDDLESTON, VA, US

**Delivered On:**
Thursday, 10/09/2015 at 15:25

Request Status Updates »

Shipped By

---

**UPS Next Day Air®**
**UPS Worldwide Express®**
Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Tariff/Terms and Conditions.

TRACKING NUMBER: J459 398 6911

SHIPMENT FROM
SHIPPER'S UPS ACCOUNT NO.: [Redacted]
REFERENCE NUMBER:

NAME: S Sheridan  TELEPHONE:
COMPANY: Waterside Capital Corp
STREET ADDRESS: 1100 G St nw Ste 1100
CITY AND STATE: Washington DC  ZIP CODE: 20005

② EXTREMELY URGENT DELIVERY TO
NAME: Michael T Kaires  TELEPHONE:
COMPANY:
STREET ADDRESS: 511 Ross Point Dr  DEPT./FLR.:  Residential Delivery
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Huddleston VA  ZIP CODE: 24104

③ WEIGHT: LTR ✓ | PAK | WEIGHT | DIMENSIONAL WEIGHT If Applicable | LARGE PACKAGE | ④ SHIPPER RELEASE  1 1

⑤ TYPE OF SERVICE: NEXT DAY AIR ✓ | EXPRESS (INT'L)  CHARGES
FOR INTERNATIONAL SHIPMENTS $ CUSTOMS VALUE  DOCUMENTS ONLY  $

⑥ OPTIONAL SERVICES:
SATURDAY PICKUP  See instructions.
SATURDAY DELIVERY  See instructions.  $
DECLARED VALUE FOR CARRIAGE  For declared value over $100, see instructions.  $ AMOUNT  $
C.O.D. If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.  $ AMOUNT

⑦ ADDITIONAL HANDLING CHARGE: An Additional Handling Charge applies for certain items. See instructions.  $

TOTAL CHARGES  $

⑧ METHOD OF PAYMENT: BILL SHIPPER'S ACCOUNT NUMBER ✓ | BILL RECEIVER DOMESTIC ONLY | BILL THIRD PARTY | CREDIT CARD  American Express, Diner's Club, MasterCard, Visa | CHECK
IN SECTION 1 | RECORD ACCOUNT NO. IN SECTION 9

⑨ RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.  EXPIRATION DATE
THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE  ZIP CODE

Shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Shipper certifies that these commodities, technology or software, if exported from the United States, were exported in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

⑩ SHIPPER'S SIGNATURE X [signed]  DATE OF SHIPMENT: 9/11/15

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are avaliable at UPS.com and local UPS offices.

010191120CS 6/14 RRD  SHIPPER'S COPY

---

http://wwwapps.ups.com/WebTracking/track                                9/11/2015

| UPS | United Kingdom | | | New User \| Log-In | Search | Su |
|---|---|---|---|---|---|---|
| | My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions |

⚠ **Cookie Disclosure**
This website uses cookies. By continuing to use the website, you consent to the use of cookies.
Learn More

Do not show this message again

---

| Tracking Number | Track | Log-In for additional tracking details. | Other Tracking Options ⌄ |
|---|---|---|---|

## Tracking Detail

Print   Help   A A A

**J4593986920**

Updated: 11/09/2015 10:52 Eastern Time

**Delivered**

**Delivered On:**
Friday, 11/09/2015 at 10:01

**Left At:**

Request Status Updates »

**Shipping Information**

**To:**
**NEWPORT NEWS, VA, US**

**Shipped By**

---

**UPS Next Day Air®**
**UPS Worldwide Express®**
**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877)
for additional information and Tariff/Terms and Conditions.

**TRACKING NUMBER**   J459 398 6920

**SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO.   [Redacted]
REFERENCE NUMBER

NAME: Sheridan   TELEPHONE:
COMPANY: Waterside Capital Corp
STREET ADDRESS: 1100 G. St. NW Ste 1100
CITY AND STATE: Washington DC   ZIP CODE: 20005

**2 EXTREMELY URGENT DELIVERY TO**
NAME: Florence Kingston   TELEPHONE:
COMPANY: Econ. Dev. Auth. Newport News VA
STREET ADDRESS: 2400 Washington Ave   DEPT./FLR: 3rd Fl   Residential Delivery
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Newport News VA   ZIP CODE: 23607

**3 WEIGHT** — LTR / PAK / WEIGHT / DIMENSIONAL WEIGHT If Applicable / LARGE PACKAGE

**4 SHIPPER RELEASE**   1   1   +

**5 TYPE OF SERVICE**
☐ NEXT DAY AIR   ☐ EXPRESS (INT'L)
FOR INTERNATIONAL SHIPMENTS
$ _____ CUSTOMS VALUE   ☐ DOCUMENTS ONLY

**6 OPTIONAL SERVICES**
☐ SATURDAY PICKUP   ☐ SATURDAY DELIVERY
☐ DECLARED VALUE FOR CARRIAGE $ _____ AMOUNT
☐ C.O.D.   $ _____ AMOUNT

**7 ADDITIONAL HANDLING CHARGE**
☐ An Additional Handling Charge applies for certain items. See instructions.

**TOTAL CHARGES**   $

**8 METHOD OF PAYMENT**
☐ BILL SHIPPER'S ACCOUNT NUMBER
☐ BILL RECEIVER DOMESTIC ONLY
☐ BILL THIRD PARTY
☐ CREDIT CARD — American Express, Diner's Club, MasterCard, Visa
☐ CHECK

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**   EXPIRATION DATE
THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE   ZIP CODE

Shipper authorizes UPS as forwarding agent for export control and customs purposes. Shipper certifies that these commodities, technology or software, if exported from the United States, were exported in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

**10 SHIPPER'S SIGNATURE**   X

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

DATE OF SHIPMENT

010191120CS 6/14 RRD   SHIPPER'S COPY



United Kingdom

New User | Log-In | Search | Su

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

| Tracking Number | | Track | Log-In for additional tracking details. | Other Tracking Options |

## Tracking Detail

Print   Help   A A A

**J4593986957**

Updated: 11/09/2015 10:53 Eastern Time

**Delivered**

Delivered On:
Thursday, 10/09/2015 at 18:28

Left At:
Front door

Proof of Delivery

Request Status Updates »

**Shipping Information**

To:
FRANKLIN, VA, US

Shipped By

**UPS NEXT DAY AIR**

Won't be home? Reschedule your parcel, even before the first delivery.

**Continue**

I am already a UPS My Choice® Member

Quick quote & Ship
Occasional shippers

---

**UPS Next Day Air®**
**UPS Worldwide Express®**
**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Tariff/Terms and Conditions.

TRACKING NUMBER: J459 398 6957

**1 SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO.: [Redacted]
REFERENCE NUMBER:
NAME: Sheridan    TELEPHONE:
COMPANY: Waterside Capital Corp
STREET ADDRESS: 1100 G St NW, Ste 1100
CITY AND STATE: Washington DC    ZIP CODE: 20005

**2 EXTREMELY URGENT DELIVERY TO**
NAME: Holt M Livesay    TELEPHONE:
COMPANY:
STREET ADDRESS: 17 Sunset Drive    DEPT./FLR.:    Residential Delivery: ☐
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Franklin VA    ZIP CODE: 23851

**3 WEIGHT**: LTR ☑  PAK ☐  WEIGHT  DIMENSIONAL WEIGHT If Applicable  LARGE PACKAGE ☐

**4 SHIPPER RELEASE** ☐

**5 TYPE OF SERVICE**: NEXT DAY AIR ☑  EXPRESS (INT'L) ☐
FOR INTERNATIONAL SHIPMENTS    CUSTOMS VALUE $    DOCUMENTS ONLY ☐

**6 OPTIONAL SERVICES**:
SATURDAY PICKUP ☐  SATURDAY DELIVERY ☐
DECLARED VALUE FOR CARRIAGE $ AMOUNT
C.O.D. $ AMOUNT

**7 ADDITIONAL HANDLING CHARGE** ☐
An Additional Handling Charge applies for certain items. See instructions.

**TOTAL CHARGES** $

**8 METHOD OF PAYMENT**: BILL SHIPPER'S ACCOUNT NUMBER ☑  BILL RECEIVER DOMESTIC ONLY ☐  BILL THIRD PARTY ☐  CREDIT CARD (American Express, Diner's Club, MasterCard, Visa) ☐  CHECK ☐

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**    EXPIRATION DATE
THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE    ZIP CODE

**10 SHIPPER'S SIGNATURE** X

DATE OF SHIPMENT: 10/9/15

SHIPPER'S COPY

010191120CS 6/14 RRD

Exhibit 1 - Page 4 of 14



United Kingdom

New User | Log-In  Search  Su

My UPS   Shipping   Tracking   Freight   Locations   Support   UPS Solutions

Tracking Number [ ] Track   Log-In for additional tracking details.   Other Tracking Options

## Tracking Detail

Print   Help   A A A

### J4593986993

Updated: 11/09/2015 10:53 Eastern Time

**Delivered**

Request Status Updates »

**Delivered On:**
Friday, 11/09/2015 at 9:54

**Left At:**
Front door

Proof of Delivery

Won't be home? Reschedule your parcel, even before the first delivery

**Continue**

I am already a UPS My Choice® Member

**Shipping Information**

To:
VIRGINIA BEACH, VA, US

**Shipped By**

**UPS NEXT DAY AIR**

Quick quote & Ship

---

UPS Next Day Air®
UPS Worldwide Express®

Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Tariff/Terms and Conditions.

TRACKING NUMBER   J459 398 6993

SHIPMENT FROM
SHIPPER'S UPS ACCOUNT NO.   [Redacted]
REFERENCE NUMBER

NAME   SSheridan   TELEPHONE
COMPANY   Waterside Capital Corp
STREET ADDRESS   1100 FST n.w. ste 1100
CITY AND STATE   Washington DC   ZIP CODE   20005

2 EXTREMELY URGENT DELIVERY TO
NAME   Julie H. Stroh   TELEPHONE
COMPANY
STREET ADDRESS   2468 Tranquility Lane   DEPT./FLR.   Residential Delivery
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)   Virginia Beach VA   ZIP CODE   23455

3 WEIGHT: LTR [x] PAK [ ] WEIGHT  DIMENSIONAL WEIGHT If Applicable  LARGE PACKAGE [ ]
4 SHIPPER RELEASE [ ]
5 TYPE OF SERVICE: [x] NEXT DAY AIR  [ ] EXPRESS (INT'L)
   FOR INTERNATIONAL SHIPMENTS  CUSTOMS VALUE $  DOCUMENTS ONLY [ ]
6 [ ] SATURDAY PICKUP   [ ] SATURDAY DELIVERY
OPTIONAL SERVICES: [ ] DECLARED VALUE FOR CARRIAGE  AMOUNT $
   [ ] C.O.D.  AMOUNT $
7 ADDITIONAL HANDLING CHARGE: [ ] An Additional Handling Charge applies for certain items. See instructions. $
TOTAL CHARGES $
8 METHOD OF PAYMENT: [x] BILL SHIPPER'S ACCOUNT NUMBER  [ ] BILL RECEIVER DOMESTIC ONLY  [ ] BILL THIRD PARTY  [ ] CREDIT CARD (American Express, Diner's Club, MasterCard, Visa)  [ ] CHECK
9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE
THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE   ZIP CODE

10 SHIPPER'S SIGNATURE   X [signature]
DATE OF SHIPMENT

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

CHARGES $

# UPS

**United Kingdom**

New User | Log-In | Search | Su

My UPS | Shipping | **Tracking** | Freight | Locations | Support | UPS Solutions

**Cookie Disclosure**
This website uses cookies. By continuing to use the website, you consent to the use of cookies.
Learn More

Do not show this message again

| Tracking Number | | Track |

Log-In for additional tracking details.

Other Tracking Options

## Tracking Detail

Print | Help | A A A

### J4593986868

Updated: 10/09/2015 14:39 Eastern Time

**Delivered**

**Delivered On:**
Thursday, 10/09/2015 at 10:23

**Left At:**
Receiver

**Signed By:**

Request Status Updates »

**Shipping Information**

**To:**
NEWPORT NEWS, VA, US

**Shipped By**

**UPS NEXT**

---

**UPS Next Day Air®**
**UPS Worldwide Express®**

Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877)
for additional information and Tariff/Terms and Conditions.

**TRACKING NUMBER** J459 398 6868

**SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO. [Redacted]
REFERENCE NUMBER

NAME: S. Sheridan   TELEPHONE:
COMPANY: Nateiside Capital Corp
STREET ADDRESS: 100 GSr. NW  11th Flr
CITY AND STATE: Washington DC   ZIP CODE: 20005

**EXTREMELY URGENT DELIVERY TO**
NAME: William L. Stauffer   TELEPHONE:
COMPANY: Williams Mullen
STREET ADDRESS: 721 Lakefront Fountain Plaza   DEPT./FLR.: Residential Delivery
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Suite 700 Newport News VA   ZIP CODE: 23606-3324

3 WEIGHT: LTR ✓ | PAK | WEIGHT | DIMENSIONAL WEIGHT If Applicable | LARGE PACKAGE | 4 SHIPPER RELEASE

5 TYPE OF SERVICE: NEXT DAY AIR ✓ | EXPRESS (INT'L)
FOR INTERNATIONAL SHIPMENTS $ CUSTOMS VALUE | DOCUMENTS ONLY

6 OPTIONAL SERVICES:
SATURDAY PICKUP | SATURDAY DELIVERY
DECLARED VALUE FOR CARRIAGE $ AMOUNT
C.O.D. $ AMOUNT

7 ADDITIONAL HANDLING CHARGE: An Additional Handling Charge applies for certain items. See instructions.

TOTAL CHARGES $

8 METHOD OF PAYMENT: BILL SHIPPER'S ACCOUNT NUMBER ✓ | BILL RECEIVER DOMESTIC ONLY | BILL THIRD PARTY | CREDIT CARD American Express Diner's Club MasterCard Visa | CHECK
IN SECTION 1 | RECORD ACCOUNT NO. IN SECTION 9

9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO. | EXPIRATION DATE

THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE | ZIP CODE

10 SHIPPER'S SIGNATURE: X

CHARGES $

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

DATE OF SHIPMENT: 7/7/15

SHIPPER'S COPY

010191120CS 6/14 RRD

15

| United Kingdom | | | | | | New User | Log-In | Search | Su |

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

Tracking Number [ ] Track    Log-In for additional tracking details.    Other Tracking Options

## Tracking Detail

Print   Help   A A A

J4593986877

Updated: 10/09/2015 14:39 Eastern Time

**Delivered**

**Delivered On:**
Thursday, 10/09/2015 at 9:19

**Left At:**
Mail room

**Signed By:**
TRIMMEL

Proof of Delivery

Request Status Updates »

**Shipping Information**

To:
RICHMOND, VA, US

**Shipped By**

**UPS NEXT DAY AIR**

Won't be home?   Continue

---

**UPS Next Day Air®**
**UPS Worldwide Express®**
Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Tariff/Terms and Conditions.

TRACKING NUMBER: J459 398 6877

SHIPMENT FROM
SHIPPER'S UPS ACCOUNT NO.: [Redacted]
REFERENCE NUM:

NAME: Sheridan
TELEPHONE:
COMPANY: Waterside Capital Corp
STREET ADDRESS: 1000 G St NW, Ste 1100
CITY AND STATE: Washington DC   ZIP CODE: 20005

2 EXTREMELY URGENT DELIVERY TO
NAME: Brendan D. O'Toole   TELEPHONE:
COMPANY: Williams Mullen
STREET ADDRESS: 200 S. 10th St. 16th Floor   DEPT/FLR:   Residential Delivery
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Richmond VA   ZIP CODE: 23218

3 WEIGHT: LTR ✓ PAK ☐ WEIGHT ☐ DIMENSIONAL WEIGHT (If Applicable) ☐ LARGE PACKAGE ☐   4 SHIPPER RELEASE ☐

5 TYPE OF SERVICE: NEXT DAY AIR ✓   EXPRESS (INT'L) ☐
FOR INTERNATIONAL SHIPMENTS   $ CUSTOMS VALUE   DOCUMENTS ONLY ☐

6 OPTIONAL SERVICES:
SATURDAY PICKUP ☐ See instructions.   SATURDAY DELIVERY ☐ See instructions.   $
DECLARED VALUE FOR CARRIAGE (For declared value over $100, see instructions.)   $ AMOUNT
C.O.D. (If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package.)   $ AMOUNT

7 ADDITIONAL HANDLING CHARGE: An Additional Handling Charge applies for certain items. See instructions.   $

TOTAL CHARGES   $

8 METHOD OF PAYMENT:
BILL SHIPPER'S ACCOUNT NUMBER ✓ IN SECTION 1   BILL RECEIVER DOMESTIC ONLY ☐   BILL THIRD PARTY ☐   CREDIT CARD ☐ American Express, Diner's Club, MasterCard, Visa - RECORD ACCOUNT NO. IN SECTION 9   CHECK ☐

9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE
THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE   ZIP CODE

Shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Shipper certifies that these commodities, technology or software, if exported from the United States, were exported in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

10 SHIPPER'S SIGNATURE X [signature]   DATE OF SHIPMENT

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

010191120CS 6/14 RRD

http://www.apps.ups...

**UPS** | United Kingdom | New User | Log-In | Search | Su

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

| Tracking Number | Track | Log-In for additional tracking details. | Other Tracking Options |

## Tracking Detail

Print   Help   A A A

### J4593986984

Updated: 10/09/2015 14:40 Eastern Time

**Delivered**

**Delivered On:**
Thursday, 10/09/2015 at 10:26

**Left At:**
Front desk

**Signed By:**
SAUNDERS

Proof of Delivery

Request Status Updates »

**Shipping Information**

**To:**
WASHINGTON, DC, US

**Shipped By**

**UPS NEXT DAY AIR**

Won't be home?

---

**UPS Next Day Air®**
**UPS Worldwide Express®**

Shipping Document

TRACKING NUMBER: J459 398 6984

SHIPMENT FROM
SHIPPER'S UPS ACCOUNT NO.: [Redacted]
REFERENCE NUMBER

NAME: S Sheridan
COMPANY: Waterside Capital Corp
STREET ADDRESS: 1100 E St NW Ste 1100
CITY AND STATE: Washington DC   ZIP CODE: 20005

EXTREMELY URGENT DELIVERY TO
NAME: John T. McConky
COMPANY: US Dept. Justice, Civil Division
STREET ADDRESS: 150 L st nw #10002
CITY AND STATE: Washington DC   ZIP CODE: 20005

WEIGHT: LTR ✓
TYPE OF SERVICE: NEXT DAY AIR ✓
METHOD OF PAYMENT: BILL SHIPPER'S ACCOUNT NUMBER ✓

SHIPPER'S SIGNATURE: X [signature]

SHIPPER'S COPY

010191120CS 6/14 RRD

# UPS

**United Kingdom**                                    New User | Log-In  Search    Su

My UPS   Shipping   Tracking   Freight   Locations   Support   UPS Solutions

| Tracking Number | Track | Log-In for additional tracking details. | Other Tracking Options ▼ |

## Tracking Detail                                              Print   Help   A A A

### J4593986966                              Updated: 10/09/2015 14:42 Eastern Time

**Delivered**

**Shipping Information**

**To:**
WILLIAMSBURG, VA, US

**Delivered On:**
Thursday, 10/09/2015 at 11:30

Request Status Updates »

**Left At:**
Front desk

**Shipped By**

**Signed By:**
TRAINOR

**UPS NEXT DAY AIR**

Proof of Delivery

Won't be home?
Reschedule your

Continue

---

**UPS Next Day Air®**
**UPS Worldwide Express®**

**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877)
for additional information and Tariff/Terms and Conditions.

TRACKING NUMBER    J459 398 6966

**1 SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO.    [Redacted]
REFERENCE NUMBER

NAME: Sheridan              TELEPHONE
COMPANY: Waterside Capital Corp
STREET ADDRESS: 100 E st nw. ste 1100
CITY AND STATE: Washington DC    ZIP CODE: 20005

**2 EXTREMELY URGENT DELIVERY TO**
NAME                         TELEPHONE
COMPANY: PB Mares LLP
STREET ADDRESS: 1341 McLaws Circle #201    DEPT./FLR.    Residential Delivery ☐
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Williamsburg VA    ZIP CODE: 23185

**3 WEIGHT**: LTR ☑  PAK ☐  WEIGHT  DIMENSIONAL WEIGHT If Applicable  LARGE PACKAGE ☐   **4 SHIPPER RELEASE** ☐    1  1

**5 TYPE OF SERVICE**: NEXT DAY AIR ☑   EXPRESS (INT'L) ☐
FOR INTERNATIONAL SHIPMENTS   $   CUSTOMS VALUE   DOCUMENTS ONLY ☐

**6** SATURDAY PICKUP ☐ See instructions.   SATURDAY DELIVERY ☐ See instructions.   $

**OPTIONAL SERVICES**: DECLARED VALUE FOR CARRIAGE For declared value over $100, see instructions.   $ AMOUNT   $
C.O.D. If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.   $ AMOUNT   $

**7 ADDITIONAL HANDLING CHARGE**: An Additional Handling Charge applies for certain items. See instructions.   $

**TOTAL CHARGES**   $

**8 METHOD OF PAYMENT**: BILL SHIPPER'S ACCOUNT NUMBER ☑   BILL RECEIVER DOMESTIC ONLY ☐   BILL THIRD PARTY ☐   CREDIT CARD ☐ American Express Diner's Club MasterCard Visa   CHECK ☐
IN SECTION 1   RECORD ACCOUNT NO. IN SECTION 9

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE                    ZIP CODE

Shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Shipper certifies that these commodities, technology or software, if exported from the United States, were exported in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

**10 SHIPPER'S SIGNATURE** X [signature]

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at UPS.com and local UPS offices.   DATE OF SHIPMENT: 7/9/15

010191120CS 6/14 RRD    SHIPPER'S COPY

2  5



United Kingdom

New User | Log-In   Search   Su

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

| Tracking Number | Track | Log-In for additional tracking details. | Other Tracking Options |

## Tracking Detail

Print    Help    A A A

**J4593986975**

Updated: 10/09/2015 14:42 Eastern Time

**Delivered**

Delivered On:
Thursday, 10/09/2015 at 9:06

Left At:
Met customer woman

Proof of Delivery

Request Status Updates »

Won't be home?
Reschedule your parcel, even before

Continue

**Shipping Information**

To:
VIRGINIA BEACH, VA, US

Shipped By

**UPS NEXT DAY AIR**

No Account?
No Problem

---

UPS Next Day Air®
UPS Worldwide Express®

Shipping Document

Instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877)
additional information and Tariff/Terms and Conditions.

TRACKING NUMBER    J459 398 6975

SHIPMENT FROM
SHIPPER'S UPS ACCOUNT NO.    [Redacted]
REFERENCE NUMBER

Sheridan    TELEPHONE
COMPANY
Oceanside Capital Corp
STREET ADDRESS
900 G St NW Ste 1100
CITY AND STATE    ZIP CODE
Washington DC    20005

EXTREMELY URGENT DELIVERY TO
Franklin P Earley    TELEPHONE
COMPANY
STREET ADDRESS    Cheyne Walk    DEPT./FLR.    Residential Delivery
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)    ZIP CODE
Virginia Beach VA    23454

③ WEIGHT | LTR ☒ | PAK ☐ | WEIGHT | DIMENSIONAL WEIGHT If Applicable | LARGE PACKAGE ☐ | ④ SHIPPER RELEASE ☐ | 1 1 +

⑤ TYPE OF SERVICE | NEXT DAY AIR ☒ | EXPRESS (INT'L) ☐ | CHARGES
| FOR INTERNATIONAL SHIPMENTS $ CUSTOMS VALUE | DOCUMENTS ONLY ☐ | $

⑥ OPTIONAL SERVICES | SATURDAY PICKUP ☐ | SATURDAY DELIVERY ☐ | $
| DECLARED VALUE FOR CARRIAGE $ AMOUNT | | $
| C.O.D. $ AMOUNT | | $

⑦ ADDITIONAL HANDLING CHARGE | An Additional Handling Charge applies for certain items. See instructions. | $

TOTAL CHARGES | $

⑧ METHOD OF PAYMENT | BILL SHIPPER'S ACCOUNT NUMBER ☒ | BILL RECEIVER DOMESTIC ONLY ☐ | BILL THIRD PARTY ☐ | CREDIT CARD ☐ American Express Diner's Club MasterCard Visa | CHECK ☐
IN SECTION 1    RECORD ACCOUNT NO. IN SECTION 9

⑨ RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.    EXPIRATION DATE
THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE    ZIP CODE

Shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Shipper certifies that these commodities, technology or software, if exported from the United States, were exported in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

⑩ SHIPPER'S SIGNATURE    X [signature]

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

DATE OF SHIPMENT    1/9/15    2015

010191120CS 6/14 RRD    SHIPPER'S COPY

UPS: Tracking Information

Page 1 of 1

Exhibit 1 - Page 10 of 14



United Kingdom | New User | Log-In Search | Su

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

| Tracking Number | Track | Log-In for additional tracking details. | Other Tracking Options |

### Tracking Detail

Print | Help | A A A

**J4593986948**

Updated: 10/09/2015 14:43 Eastern Time

**Delivered**

Delivered On:
Thursday, 10/09/2015 at 10:29

Left At:
Met customer woman

Proof of Delivery

Request Status Updates »

**Shipping Information**

To:
VIRGINIA BEACH, VA, US

Shipped By

**UPS NEXT DAY AIR**

Won't be home?
Reschedule your parcel, even before

Continue

No Account?

---

**UPS Next Day Air®**
**UPS Worldwide Express®**

Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Tariff/Terms and Conditions.

**TRACKING NUMBER** J459 398 6948

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.: [Redacted]

REFERENCE NUMBER:

NAME: SSheridan
TELEPHONE:
COMPANY: Waterside Capital Corp
STREET ADDRESS: 100 G St. NW Ste 1100
CITY AND STATE: Washington DC
ZIP CODE: 20005

**2 EXTREMELY URGENT DELIVERY TO**

NAME: John M Paris
TELEPHONE:
COMPANY: Williams Mullens
STREET ADDRESS: 222 Central Park Ave Ste 1700
DEPT./FLR:
Residential Delivery: ☐
CITY AND STATE: Virginia Beach VA
ZIP CODE: 23462-3035

**3 WEIGHT**: LTR ☑ PAK ☐ WEIGHT ___ DIMENSIONAL WEIGHT (If Applicable) ___ LARGE PACKAGE ☐

**4 SHIPPER RELEASE** ☐  1  1

**5 TYPE OF SERVICE**: NEXT DAY AIR ☑  EXPRESS (INT'L) ☐
FOR INTERNATIONAL SHIPMENTS $ ___ CUSTOMS VALUE ___ DOCUMENTS ONLY ☐

**6 OPTIONAL SERVICES**: SATURDAY PICKUP ☐  SATURDAY DELIVERY ☐
DECLARED VALUE FOR CARRIAGE $ ___ AMOUNT ___
C.O.D. ☐ $ ___ AMOUNT ___

**7 ADDITIONAL HANDLING CHARGE** ☐

**TOTAL CHARGES** $ ___

**8 METHOD OF PAYMENT**: BILL SHIPPER'S ACCOUNT NUMBER ☑  BILL RECEIVER DOMESTIC ONLY ☐  BILL THIRD PARTY ☐  CREDIT CARD ☐ (American Express, Diner's Club, MasterCard, Visa)  CHECK ☐
IN SECTION 1 — RECORD ACCOUNT NO. IN SECTION 9

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.** EXPIRATION DATE:

THIRD PARTY'S COMPANY NAME:
STREET ADDRESS:
CITY AND STATE: ___ ZIP CODE: ___

**10 SHIPPER'S SIGNATURE**: X [signature]

DATE OF SHIPMENT: 7/9/15

SHIPPER'S COPY

010191120CS 6/14 RRD

UPS: Tracking Information

Exhibit 1 - Page 11 of 14

Page 1 of 1

**UPS** United Kingdom

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

New User | Log-In | Search | Su

| Tracking Number | Track | Log-In for additional tracking details. | Other Tracking Options |

## Tracking Detail

Print | Help | A A A

**J4593986939**

Updated: 10/09/2015 14:45 Eastern Time

**Delivered**

**Delivered On:**
Thursday, 10/09/2015 at 10:03

**Left At:**
Front door

Proof of Delivery

Request Status Updates »

**Shipping Information**

**To:**
VIRGINIA BEACH, VA, US

**Shipped By**

**UPS NEXT DAY AIR**

Won't be home?
Reschedule your
parcel, even before

Continue

---

**UPS Next Day Air®**
**UPS Worldwide Express®**

**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Tariff/Terms and Conditions.

TRACKING NUMBER: J459 398 6939

SHIPMENT FROM
SHIPPER'S UPS ACCOUNT NO.: Redacted   Redacted
REFERENCE NUMBER:

NAME: Sheridan
TELEPHONE:
COMPANY: Wayside Capital Corp
STREET ADDRESS: 100 G St. NW Ste 1100
CITY AND STATE: Washington DC   ZIP CODE: 20005

**② EXTREMELY URGENT DELIVERY TO**
NAME: Gerald S. Divaris
TELEPHONE:
COMPANY:
STREET ADDRESS: 1519 Quail Point Rd   DEPT./FLR:   Residential Delivery
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Virginia Beach VA   ZIP CODE: 23454

③ WEIGHT — LTR ☑ PAK ☐ WEIGHT / DIMENSIONAL WEIGHT If Applicable / LARGE PACKAGE ☐ / ④ SHIPPER RELEASE ☐   1   1

CHARGES

⑤ TYPE OF SERVICE — NEXT DAY AIR ☑ / EXPRESS (INT'L) ☐
For International Shipments CUSTOMS VALUE $
SATURDAY PICKUP ☐ / DOCUMENTS ONLY ☐ / SATURDAY DELIVERY ☐   $

⑥ OPTIONAL SERVICES — DECLARED VALUE FOR CARRIAGE $ AMOUNT
C.O.D. ☐ AMOUNT $

⑦ ADDITIONAL HANDLING CHARGE — ☐ An Additional Handling Charge applies for certain items. See instructions.   $

TOTAL CHARGES

⑧ METHOD OF PAYMENT — BILL SHIPPER'S ACCOUNT NUMBER ☑ / BILL RECEIVER DOMESTIC ONLY ☐ / BILL THIRD PARTY ☐ / CREDIT CARD ☐ American Express Diner's Club MasterCard Visa / CHECK ☐
IN SECTION 1 / RECORD ACCOUNT NO. IN SECTION 9

⑨ RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE
THIRD PARTY'S COMPANY NAME
STREET ADDRESS   ZIP CODE
CITY AND STATE

Shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Shipper certifies that these commodities, technology or software, if exported from the United States, were exported in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

⑩ SHIPPER'S SIGNATURE   X [signature]   DATE OF SHIPMENT
All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

**SHIPPER'S COPY**

010191120CS 6/14 RRD

http://wwwapps.ups.com/WebTracking/track?loc=en_GB

9/10/2015



United Kingdom | New User | Log-In | Search | Su

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

Tracking Number [ ] [Track] Log-In for additional tracking details. | Other Tracking Options

## Tracking Detail

**J4593986902**   Updated: 10/09/2015 14:45 Eastern Time

**Delivered**

**Delivered On:** Thursday, 10/09/2015 at 11:50
**Left At:** Receiver
**Signed By:** LUND

Proof of Delivery

Request Status Updates »

**Shipping Information**
**To:** MADISON, SD, US

**Shipped By**
**UPS NEXT DAY AIR**

No Account? No Problem.

Won't be home?

---

**UPS Next Day Air® / UPS Worldwide Express® — Shipping Document**

TRACKING NUMBER: J459 398 6902

SHIPMENT FROM
SHIPPER'S UPS ACCOUNT NO.: [Redacted]
REFERENCE NUMBER:

NAME: Sheridan
COMPANY: Waterside Capital Corp
STREET ADDRESS: 100 E 1st NW Ste 1100
CITY AND STATE: Washington DC  ZIP: 20005

EXTREMELY URGENT DELIVERY TO
NAME: Travis MacSwain
COMPANY:
STREET ADDRESS: 110 E. Center St. #7   Residential Delivery
CITY AND STATE: Madison SD   ZIP: 57042

Type of Service: Next Day Air ✓
Method of Payment: Bill Shipper's Account Number ✓

Date of Shipment: 9/9/15

SHIPPER'S COPY



United Kingdom                                                New User | Log-In  Search    Su

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

| Tracking Number | | Track | Log-In for additional tracking details. | Other Tracking Options |

## Tracking Detail

Print   Help   A A A

**J4593986886**                                       Updated: 10/09/2015 14:46 Eastern Time

**Delivered**

**Shipping Information**

To:
CINCINNATI, OH, US

Delivered On:
Thursday, 10/09/2015 at 9:50

Request Status Updates »

Left At:
Side door

Shipped By

Proof of Delivery

**UPS NEXT DAY AIR**

Won't be home?
Reschedule your
parcel, even before
the first delivery

**Continue**

I am already a UPS My Choice® Member

No Account?
No Problem.

---

UPS Next Day Air®
UPS Worldwide Express®

Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877)
for additional information and Tariff/Terms and Conditions.

TRACKING NUMBER    J459 398 6886

SHIPMENT FROM
SHIPPER'S UPS ACCOUNT NO.  [Redacted]

REFERENCE NUMBER

NAME: 3 Sheridan                    TELEPHONE
COMPANY: Waterside Capital Corp
STREET ADDRESS: 1000 G St. nw ste 1100
CITY AND STATE: Washington DC   ZIP CODE: 20005

2 EXTREMELY URGENT DELIVERY TO
NAME: Victor Canabas                 TELEPHONE
COMPANY
STREET ADDRESS: 6 Linden Ln          DEPT./FLR.    Residential Delivery
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Cincinnati OH   ZIP CODE: 45215-4208

3 WEIGHT | LTR | PAK | WEIGHT | DIMENSIONAL WEIGHT If Applicable | LARGE PACKAGE | 4 SHIPPER RELEASE

5 TYPE OF SERVICE: ☑ NEXT DAY AIR   ☐ EXPRESS (INT'L)
FOR INTERNATIONAL SHIPMENTS $ CUSTOMS VALUE   ☐ DOCUMENTS ONLY

CHARGES $

6 OPTIONAL SERVICES:
☐ SATURDAY PICKUP
☐ SATURDAY DELIVERY
☐ DECLARED VALUE FOR CARRIAGE  $ AMOUNT
☐ C.O.D.  $ AMOUNT

7 ADDITIONAL HANDLING CHARGE  $

TOTAL CHARGES  $

8 METHOD OF PAYMENT:
☑ BILL SHIPPER'S ACCOUNT NUMBER (DOMESTIC ONLY)
☐ BILL RECEIVER
☐ BILL THIRD PARTY
☐ CREDIT CARD (American Express, Diner's Club, MasterCard, Visa)
☐ CHECK

9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE    ZIP CODE

10 SHIPPER'S SIGNATURE  X [signature]

DATE OF SHIPMENT: 9/9/15

Exhibit 1 - Page 14 of 14



| United Kingdom | New User \| Log-In | Search | Su |

My UPS   Shipping   **Tracking**   Freight   Locations   Support   UPS Solutions

⚠️ **Cookie Disclosure**
This website uses cookies. By continuing to use the website, you consent to the use of cookies.
Learn More

Do not show this message again

| Tracking Number | | Track | Log-In for additional tracking details. | Other Tracking Options |

## Tracking Detail                                                                 Print   Help   A A A

**J4593986895**                                           Updated: 15/09/2015 12:36 Eastern Time

**Delivered**

**Shipping Information**
**To:**
WHITE STONE, VA, US

**Delivered On:**
Monday, 14/09/2015 at 12:59

**Left At:**
Garage

Proof of Delivery

Request Status Updates »

**Shipped By**

**UPS Next Day Air®**

---

**UPS Next Day Air®**
**UPS Worldwide Express®**

**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Tariff/Terms and Conditions.

**TRACKING NUMBER** J459 398 6895

**1 SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO.: [Redacted]
REFERENCE NUMBER:

NAME: Sheridan
TELEPHONE:
COMPANY: Waterside Capital Corp
STREET ADDRESS: 1000 G St NW Ste 1100
CITY AND STATE: Washington DC   ZIP CODE: 20005

**2 EXTREMELY URGENT DELIVERY TO**
NAME: Norman Faulkner
TELEPHONE:
COMPANY:
STREET ADDRESS: 287 Breezy Point Rd   Residential Delivery
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Whitestone VA   ZIP CODE: 22578

**3 WEIGHT** — LTR ✓  PAK  WEIGHT  DIMENSIONAL WEIGHT If Applicable  LARGE PACKAGE   **4 SHIPPER RELEASE**   1 1

**5 TYPE OF SERVICE** — NEXT DAY AIR ✓   EXPRESS (INT'L)
FOR INTERNATIONAL SHIPMENTS  $   CUSTOMS VALUE   DOCUMENTS ONLY

**6 OPTIONAL SERVICES** — SATURDAY PICKUP / SATURDAY DELIVERY / DECLARED VALUE FOR CARRIAGE (For declared value over $100, see instructions.) AMOUNT / C.O.D. If C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package.  AMOUNT

**7 ADDITIONAL HANDLING CHARGE** — An Additional Handling Charge applies for certain items. See instructions.

**TOTAL CHARGES** $

**8 METHOD OF PAYMENT** — BILL SHIPPER'S ACCOUNT NUMBER ✓ / BILL RECEIVER DOMESTIC ONLY / BILL THIRD PARTY / CREDIT CARD (American Express, Diner's Club, MasterCard, Visa) / CHECK
IN SECTION 1   RECORD ACCOUNT NO. IN SECTION 9

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.   EXPIRATION DATE
THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE   ZIP CODE

Shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Shipper certifies that these commodities, technology or software, if exported from the United States, were exported in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

**10 SHIPPER'S SIGNATURE** X [signature]   DATE OF SHIPMENT: 9/10/15

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are avaliable at UPS.com and local UPS offices.

010191120CS 6/14 RRD                                                        **SHIPPER'S COPY**